IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS, SR., | No. C 11-3044 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| v. | |
| MERCY HOSPITAL OF BAKERSFIELD; CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION; CORRECTIONAL OFFICERS AT PLEASANT VALLEY STATE PRISON, | (Docket No. 5) |
| Defendant. | |

This is a civil rights case brought pro se by a state prisoner incarcerated at Pleasant Valley State Prison ("PVSP") in Coalinga, California. The events that give rise to plaintiff's claims are alleged to have taken place at PVSP, and the defendants are located at PVSP, in Bakersfield, and in Sacramento, all of which are within the venue of the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a).

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July 7, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.11\THOMAS3044.TRN.wpd