# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS, SR., | 1:11cv01140 DLB PC |
| Plaintiff, | |
| v. | ORDER STRIKING DOCUMENT 18 AND ORDERING CLERK OF COURT TO OPEN NEW ACTION |
| MERCY HOSPITAL, et al., | |
| Defendants. | |

Plaintiff Michael Thomas, Sr., ("Plaintiff"), a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"), is proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed his complaint on July 1, 2011. The complaint, which has not yet been screened pursuant to 28 U.S.C. § 1915A(a), appears to relate to an alleged beating by Correctional Officers at Mercy Hospital.

On January 10, 2012, Plaintiff submitted a letter to the Clerk along with an attached complaint. The letter references the case number for this action, but explains that he filed a "Valley Fever Case" that never received a case number. The documents were filed into this action.

Review of the January 10, 2012, filing, however, reveals that Plaintiff intended the attached complaint to be a separate action. Indeed, the complaint references different defendants and different claims than those at issue in this action.

1

1     Accordingly, the Clerk of Court is DIRECTED to STRIKE Document 18 and file it into a
2 new action.
3     IT IS SO ORDERED.
4     **Dated:   February 27, 2012**            /s/ **Dennis L. Beck**
                                                 UNITED STATES MAGISTRATE JUDGE