# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL THOMAS, SR., | CASE NO. 1:11-cv-01140-DLB PC |
| Plaintiff, | ORDER FOR MORE DEFINITE STATEMENT(DOC. 4) |
| v. | RESPONSE DUE WITHIN THIRTY DAYS |
| MERCY HOSPITAL OF BAKERSFIELD, et al., | |
| Defendants. | |

Plaintiff Michael Thomas, Sr. ("Plaintiff") is a prisoner in the custody of the California Department of Corrections and Rehabilitation ("CDCR"). Plaintiff proceeds pro se and he has been granted leave to proceed in forma pauperis. In the present complaint filed July 11, 2011,, Plaintiff alleges that he was assaulted by a correctional sergeant and four correctional officers while at Mercy Hospital in Bakersfield, California. So that the Court can properly evaluate the merits of this case, the plaintiff is hereby ORDERED to submit a more definite statement of the facts involved in this action by filing a written response to the questions posed below within thirty (30) days of the date of this order:

QUESTIONS

1. Provide the date that you were admitted to the CDCR most recently. If you do not know the exact date, provide an approximate date (month/year).

2. Provide the dates of any prior admissions to CDCR and the dates of your release. Provide the date of arrival at each correctional institution.

3. Your complaint identifies the following individual defendants: (a) Mercy Hospital

1

of Bakersfield; (b) correctional officer Sal; (c) correctional officer Ward; (d) correctional officer Duck; (e) Nurse Pitts.  Briefly describe the alleged personal involvement of each individual defendant for the violations outlined in the pleadings.  List each defendant and state what he or she did (or did not do) to you that you believe was wrong.  List the place of employment for each defendant at the time of the incident.  Be specific as to personal involvement.  If there are defendants not listed, Plaintiff should include them in his response.

   4. Have you filed a grievance concerning every allegation that you have raised in your complaint?  If so, what result have you received?  If not, state why not.

   5. Has a state or federal court ever ordered you to pay a fine or sanction?  If so, attach copies of all such orders or, for each such order, explain which court and what fine or sanction was imposed. Also, for each such order state whether you have paid the fine or complied with the other sanction imposed and explain when and how you paid the fine or otherwise complied.

   6. Has any state or federal court ever issued an order barring you from filing any other lawsuits until certain conditions were met, such as judicial approval or payment of fine or sanction?  If so, attach copies of all such orders or, for each such order, explain which court and what condition was imposed. Also, for each such order state whether the condition was met and explain when and how you met the condition or otherwise complied. Attach copies of any order of a judge approving of the filing of this lawsuit.

   7. Have any of your lawsuits been dismissed as frivolous,  malicious, duplicative, successive, repetitive, or for failure to state a claim a claim upon which relief may be granted, including but not limited to, cases dismissed under 28 U.S.C. § 1915?  If so, attach copies of all such orders of dismissal or, for each such lawsuit, explain which lawsuit(s), which court, and what kind of dismissal.

   8. List all the lawsuits, of any nature, you have ever filed in state and federal court, including the case number, full case name (including all parties), type of case, and the outcome.

   9. What is your date of birth?

   10. State, in complete form, all names you have ever used or been known by,

including any and all aliases. Separately list any and all names you have used for any lawsuits you have ever filed.

11. List all CDCR identification numbers you have ever been assigned and all other jail and state or federal prison numbers ever assigned to you (for example, county jail numbers, federal prison register numbers, etc.). For all numbers listed, identify the particular institution that assigned the number.

12. List all of the offenses for which you have been convicted and the dates those convictions were entered.

13. List all the relief that you request from the Court.

INSTRUCTIONS

The plaintiff is admonished to heed the following instructions with care. The plaintiff's response is due thirty (30) days from the date of this order as shown below. The plaintiff is instructed to label his response "Plaintiff's More Definite Statement" and include the correct Civil Action Number as shown above in the style of this case.

The plaintiff is directed to answer the foregoing questions to the best of his ability based on personal knowledge and the information available to him.  He is further advised that legal research or resort to a review of prison records is not required.  The plaintiff is instructed to submit his responses to the foregoing questions by copying each question as posed by the Court and then writing the answer as neatly as possible underneath each question in numbered paragraphs corresponding to the question being answered.  The plaintiff must also include somewhere in his response the following affirmation: "I swear under penalty of perjury that these answers are true and correct to the best of my knowledge."

The plaintiff's failure to comply as directed may result in the dismissal of this action for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.

IT IS SO ORDERED.

Dated:   **May 31, 2012**                            /s/ **Dennis L. Beck**
                                              UNITED STATES MAGISTRATE JUDGE